UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GEORGE STAMOLIS and ZOE STAMOLIS, husband and wife, | | |
| Plaintiffs, | Case No. C06-1245JCC | |
| v. | TAXATION OF COSTS | |
| CONSOLIDATED DELIVERY & LOGISTICS, INC., aka C D & L, a foreign corporation, | | |
| Defendants. | | |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS , and on behalf of PLAINTIFFS in the amount of $3,905.62 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEES | $350.00 | 0 | $350.00 |
| II. SERVICE FEES | $115.00 | 0 | $115.00 |
| III. WITNESS FEES | $307.42 | 0 | $307.42 |
| IV. COPY COSTS | $277.80 | 0 | $277.80 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. DEPOSITION COSTS | $4,077.90 | $1,222.50 | $2,855.40 |

Clerk will allow costs for video depositions actually used at trial but will not allow Costs for both production of videos and production of transcripts.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. DISCOVERY RECORDS | $1,129.15 | $1,129.15 | 0 |

Costs associated with production of discovery materials are not taxable.

Counsel for Defendant correctly noted that Plaintiffs' had not properly scheduled the Motion to Tax Costs on the calendar of the clerk. Local Rules CR 54(d)(1) and CR 7(d)(2) state that this type of motion "may be noted for consideration no earlier than seven judicial days after filing". Nevertheless, the clerk has proceeded to tax costs based upon the specific objections submitted by Defendant.

Dated this ___2nd___ day of DECEMBER, 2008 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2